MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

STATE v. ARNETT *et al., Attorney-General,* for State; *J. D. Kerr,* for defendant.    Affirmed.

HOWARD v. TELEGRAPH Co., *D. L. Ward* and *T. C. Wooten,* for plaintiff; *W. W. Clark* and *F. H. Busbee & Son,* for defendant.    Affirmed.

HAWKINS v. LUMBER Co., *D. L. Ward* and *Isler* and *Shaw,* for plaintiff; *Simmons & Ward* and *T. C. Wooten,* for defendant.    Affirmed.

MFG. Co. v. LUMBER Co., *Land & Cowper,* for plaintiff. Dismissed for failure to print brief.

STANLY v. RASBERRY, *Pollock & Clark,* for plaintiff; *Rouse & Ormond,* for defendant.    Affirmed.

BARROW v. COTTON MILLS, *Douglass & Simms,* for plaintiff; *Battle & Mordecai,* for defendant.    Affirmed.

YOUNG v. RAILROAD, *Douglass & Simms,* for plaintiff; *Day & Bell* and *Womack,* for defendant.    Affirmed.

MOTZNO v. RAILROAD, *Munroe,* for defendant.    Affirmed.

MONTAGUE v. WILLIAMS, *Harris,* for plaintiff; *Bledsoe,* for defendant.    Affirmed upon the authority of *Stanly v. Baird,* 118 N. C., 75.

CHEMICAL Co. v. LEACH, *Cook,* for plaintiff; *McCormick,* for defendant.    Appeal dismissed.

MOORE v. BECTON, *Sinclair,* for plaintiff; *Cook,* for defendant.    Affirmed.

PATTERSON v. WHEELER, *Sinclair,* for plaintiff; *Broadfoot,* for defendant.    Affirmed.

CARTER v. COMMISSIONERS, *Sinclair,* for plaintiff; *Rose,* for defendant.    Affirmed.

JONES v. RAILROAD, *Sinclair,* for plaintiff; *Rose,* for defendant.    Affirmed.

TEW v. BLUE, *Cook,* for plaintiff.    Motion to docket and dismiss under Rule 17 allowed.

CAMPBELL v. LIFE ASSO., *McIntyre & Lawrence,* for plaintiff.    Motion to docket and dismiss under Rule 17 allowed.